UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

        Plaintiff,

    v.

JESUS SEGURA,

        Defendant.

Case No. 4:17-cv-05335-YGR  (KAW)

**ORDER TO SHOW CAUSE**

Re: Dkt. Nos. 21, 25

On February 9, 2018, Plaintiff J & J Sports Productions, Inc. filed a motion for default judgment. (Dkt. No. 21.) On February 14, 2018, the motion for default judgment was referred to the undersigned for report and recommendation. (Dkt. No. 24.) On February 20, 2018, the Court issued an order requiring Plaintiff to file a proposed order that "shall be structured as outlined in Attachment A [of the February 20, 2018 order] and include all relevant legal authority and analysis necessary to establish the case." (Dkt. No. 25 at 1.) The deadline to file the proposed order was the reply deadline of March 2, 2018. *Id.* Additionally, Plaintiff was instructed that, should it "seek the recovery of attorneys' fees and costs, it is ordered to file a supplemental brief not to exceed 8 pages, plus any supporting declaration(s), also by the reply filing deadline." *Id.* If sought, Plaintiff was ordered to include the attorneys' fees and costs analysis in the proposed order. *Id.* To date, Plaintiff has not filed the required proposed order.

Accordingly, Plaintiff is ordered, by **March 16, 2018**, 1) to file the required proposed order and email the document in Microsoft Word (.docx) format to kawpo@cand.uscourts.gov, 2) to respond to this order to show cause why the motion should not be denied based on Plaintiff's failure to comply with the Court's February 20, 2018 order, and 3) to file any supplemental briefing and supporting declaration(s) pertaining to its request for attorneys' fees and costs.

Failure to complete these tasks by March 16, 2018 may result in the Court denying Plaintiff's motion for default judgment.

IT IS SO ORDERED.

Dated: March 6, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge