UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br>    Plaintiff, <br>   v. <br> JESUS SEGURA, <br>    Defendant. | Case No. 4:17-cv-05335-YGR  (KAW) <br> **ORDER STRIKING AMENDED DECLARATION OF AFFIANT** <br> Re: Dkt. No. 30 |

On April 6, 2018, Plaintiff filed a document titled "Amended Declaration of Affiant," which appears identical to the declaration of investigator John Poblete filed in conjunction with the motion for default judgment, but with several photos of the interior and exterior of what appears to be a restaurant attached thereto. (Dkt. No. 30.) The declaration, however, fails to authenticate the attached photos, so the undersigned cannot determine where they were taken or what evidence they show. Accordingly, the amended declaration is STRICKEN, but Plaintiff may file a supplemental declaration that authenticates any photographs within 7 days of this order. The supplemental declaration should be captioned to include the name of the declarant (in this case John Poblete), so the Court is able to easily distinguish between the various declarations filed, and any photographs should be properly attached, and referenced therein, as lettered or numbered exhibits, clearly describing what each photograph shows.

Failure to timely file the supplemental declaration will result in the photographs not being considered, and the motion being taken under submission.

IT IS SO ORDERED.

Dated: April 9, 2018

                       KANDIS A. WESTMORE <br>
                       United States Magistrate Judge