# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br>    Plaintiff**,**<br>vs.<br>**JESUS SEGURA,**<br>    Defendant**.** | CASE NO. 17-cv-05335-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; SETTING COMPLIANCE HEARING**<br><br>Re: Dkt. Nos. 21, 34 |

The Court has reviewed Magistrate Judge Kandis A. Westmore's Report and Recommendation (Dkt. No. 34 ("Report")) to Grant Plaintiff's Motion for Default Judgment (Dkt. No. 21), to which no party filed an objection. The Court has reviewed the Report carefully. The Court finds it correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, and for the reasons set forth in the Report, plaintiff's motion is **GRANTED**.

The Court hereby **SETS** a compliance hearing for **Friday, June 15, 2018**, on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. Five (5) business days prior to the date of the compliance hearing, plaintiff shall file a revised proposed form of judgment in light of Judge Westmore's Report and send an editable version of the same to YGRpo@cand.uscourts.gov. If compliance is complete, plaintiff need not appear and the compliance hearing will be taken off calendar.

Once the Court is in receipt of plaintiff's proposed form of judgment, the Court shall enter the judgment, and the Clerk shall close the file.

This Order terminates Docket Numbers 21 and 34.

**IT IS SO ORDERED.**

Dated: May 31, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**