UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JESUS SEGURA, <br><br> Defendant. | Case No. 4:17-cv-05335-YGR <br><br> [PROPOSED] JUDGMENT |

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, final default judgment is entered in Plaintiff's favor and against Defendant Jesus Segura, individually and d/b/a La Selva Taqueria as follows:

1. Judgment is entered against Defendant on Plaintiff's claims under 47 U.S.C. § 605 and Plaintiff's claim for conversion.

2. Plaintiff is entitled to costs and reasonable attorneys' fees.

3. Judgment is entered in Plaintiff's favor and against Defendant in the total amount of **$21,909.23**, comprising:

a. For the Violation of Title 47 U.S.C. § 605(e)(3)(C)(i)(II):  $    $ 5,400.00

b. For the Violation of Title 47 U.S.C. § 605(e)(3)(C)(ii):    $    $12,000.00

c. For the Tort of Conversion:                                 $    $ 1,800.00

d. Attorneys' Fees:                                            $    $ 1,550.00

e. Costs:                                                      $    $ 1,159.23

The Court further **VACATES** the compliance hearing currently set for June 15, 2018.

**IT IS SO ORDERED.**

Dated: June 12, 2018

_____
**The Honorable Yvonne Gonzalez Rogers**
**United States District Judge**